Patrick Roach, Respondent, *v.* The Flushing and North
Side Railroad Company, Appellant.

(Argued April 21, 1874; decided June 16, 1874.)

This was an action to recover damages for injuries received
by plaintiff while attempting to cross defendant's track.

Plaintiff was traveling in a wagon upon a highway in
Queens county, and in attempting to cross the track of the
defendant's road, the wagon was struck by a train of cars,
killing plaintiff's horse, destroying his wagon, and injuring
him. The only question discussed by the court was as to
whether there was sufficient evidence of defendant's negli-
gence to authorize the submission of the question to the jury.
Plaintiff testified that no bell was rung or whistle sounded
upon the engine of the train before reaching the crossing;
that he would have heard the sounds, if either had been done
within eighty rods of the crossing. One other witness testi-
fied that he did not hear the whistle until after the train
crossed the road. On the other side, the engineer, the con-
ductor, the baggage-master and three passengers testified
positively that the whistle was sounded; and most of these
witnesses agreed that both bell and whistle were sounding
from the time the train came within eighty rods of the cross-
ing until it passed. The evidence also was that the wind was
blowing so as to carry sound in a direction contrary to that
in which the train was going. *Held* (Johnson, Grover and

RAPALLO, JJ., dissenting), that the question was one of fact for the jury, and that the denial of a motion for a nonsuit was proper.

*E. E. Sprague* for the appellant.

*James W. Covert* for the respondent.

JOHNSON, J., reads for reversal and new trial; GROVER and RAPALLO, JJ., concur.

For affirmance, CHURCH, Ch. J., FOLGER, ALLEN and ANDREWS, JJ.

Judgment affirmed.